MANDATE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 0 3 FEB 2010

SDNY/NYNY
09-CV-2256
Gorenstein, G

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---------------------------------------- x
PAUL ORFALEA,                            :
                                         :   Docket No. 09-4503-cv
            Plaintiff-Appellant,         :
                                         :
        v.                               :   **STIPULATION**
                                         :   **WITHDRAWING APPEAL**
CLAYTON, DUBILIER & RICE, INC., and      :
CLAYTON, DUBILIER & RICE FUND VI,        :
                                         :
            Defendants-Appellees.        :
---------------------------------------- x

PLEASE TAKE NOTICE that pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, the undersigned counsel for Plaintiff-Appellant PAUL ORFALEA, and Defendants-Appellees CLAYTON, DUBILIER & RICE, INC., and CLAYTON, DUBILIER & RICE FUND VI, hereby stipulate that the above-captioned appeal is hereby withdrawn. Clayton, Dubilier & Rice, Inc. and Clayton, Dubilier & Rice Fund VI reserve all rights to pursue costs and attorneys' fees.

The undersigned further stipulate that a signature on this document by facsimile shall be sufficient as an original.

DATED: January 27, 2010

Attorney for Appellant

SEEGER WEISS LLP

By: _____
Christopher A. Seeger
David R. Buchanan
Christopher M. Van de Kieft
One William Street
New York, NY 10004

Attorney for Appellees

DEBEVOISE & PLIMPTON

By: _____
Mark P. Goodman
Shannon Rose Selden
919 Third Avenue
New York, NY 10022

SO-ORDERED:

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By _____
Vidya Kurella, Staff Counsel

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK

CERTIFIED: 2-2-10